UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Danielle Hendricks **Plaintiff(s)**

vs. Urban & Economic Development Section 8 Voucher

**Defendant(s)**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 20 2023
AT____ O'CLOCK
John M. Domurad

Civil Case No.: 6:23-CV-0487 (AMN/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ● JURY  ○ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: Danielle Hendricks
   Address: 1402 West Street rooms Utica New York 13502

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Francis Grant
   Official Position: Section 8 Worker
   Address: 1 Kennedy Plaza Utica NY 13502

b. Defendant: Krystal Curley
   Official Position: Supervisor for section 8 Housing
   Address: 1 Kennedy plaza Utica N.Y. 13502

c. Defendant: _____
   Official Position: _____
   Address: _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

I recieved a letter in the mail from section 8 Housing stating My voucher was taken away due to criminal Activity convicted or Not and a meeting for a fair hearing to dispute the termination of the Urban and economic Nevelopment ~~that it~~ Section 8 housing was being Waived, I then wrote a letter to the supervisor Krystal ~~Hurley~~ Curley she also denied the fair hearing after being informed of My charges being dismissed. They were informed of the 90 day Mental Health Assesment and the charges against me were being dismissed but refused to comply with ~~the~~ my civil rights.

5.  **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

The right to a fair hearing to address the accusations which were being used against me. Fair hearing was denied twice from francis grant & Krystal Curley

### SECOND CAUSE OF ACTION

The Urban & Economic Development Section 8 by law can only terminate a Section 8 Voucher only if when the criminal Activity which is occuring" if there is evidence. There was no evidence of Criminal Activity, a 90 Day Hold was placed on me for Mental Health reasons Not a conviction. The Charges were dismissed

### THIRD CAUSE OF ACTION

a letter after the Criminal Charges were dismissed was sent to me, which i still have stating reports "indicated Criminal incidents of larceny, robbery and other complaints" which were all dismissed. revoking the voucher Led me to be homeless & without a Voucher. They chose to disqualify me and not consider my Civil rights. (Civil rights violation Handicap Diagnosis Schizophrenia Disability)

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

financial Compensation for being revoked from Section 8 & being left Homeless with over 2,000 dollars in back rent, and discrimination after my Criminal Charges were dismissed

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/18/2023

*Danielle Hershak*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010